# EXHIBIT A

# EXHIBIT A

| FEDERAL COURT ACTIONS – District Court for the N.D. of Illinois | | | |
|---|---|---|---|
| Case No. | Defendant | Assigned Judge* | Amount Demanded |
| 05 C 0732 | Blair, John A. | Judge Robert W. Gettleman | $2,560,553.83 |
| 05 C 0740 | Brunner, Roman | Judge Robert W. Gettleman | $819,377.23 |
| 05 C 0728 | Collins, Bryant L. | Judge Robert W. Gettleman | $819,377.23 |
| 05 C 0739 | Coons, David S. | Judge Robert W. Gettleman | $512,110.77 |
| 05 C 0738 | Cothenet, Michael | Judge Robert W. Gettleman | $1,638,754.45 |
| 05 C 0766 | Dale, Charles A. | Judge Robert W. Gettleman | $1,638,754.45 |
| 05 C 0780 | Dubois, Orry D. | Judge Robert W. Gettleman | $409,688.81 |
| 05 C 0737 | Duerr, Claus | Judge Robert W. Gettleman | $1,638,754.45 |
| 05 C 0789 | Duncan, James D. | Judge Robert W. Gettleman | $2,560,553.83 |
| 05 C 0771 | Finkel, Harold L. | Judge Robert W. Gettleman | $1,229,065.84 |
| 05 C 0778 | Flohr, Thomas | Judge Robert W. Gettleman | $4,916,263.35 |
| 05 C 0741 | Frank, Richard D. | Judge Robert W. Gettleman | $409,688.61 |
| 05 C 0735 | Graham, Allen J. | Judge Robert W. Gettleman | $1,638,754.45 |
| 05 C 0763 | Grundon, Steven R. | Judge Robert W. Gettleman | $409,688.61 |
| 05 C 0726 | Haller Julius (Jay) G. | Judge Robert W. Gettleman | $819,377.23 |
| 05 C 0774 | Harder, Otto | Judge Robert W. Gettleman | $4,916,263.35 |
| 05 C 0773 | Hausler, Martin | Judge Robert W. Gettleman | $512,110.77 |
| 05 C 0731 | Herman, Michael F. | Judge Robert W. Gettleman | $1,433,910.15 |
| 05 C 0782 | Hold, Joseph D. | Judge Robert W. Gettleman | $512,110.77 |
| 05 C 0734 | Huber, Peter A. | Judge Robert W. Gettleman | $1,229,065.84 |
| 05 C 0770 | Jenks, James D. | Judge Robert W. Gettleman | $1,638,754.45 |
| 05 C 0772 | Knaus, Jeffrey D. | Judge Robert W. Gettleman | $716,955.07 |
| 05 C 0775 | Louisy, Frederic | Judge Robert W. Gettleman | $1,638,754.45 |
| 05 C 0733 | McFarland Michael G. | Judge Robert W. Gettleman | $614,532.92 |
| 05 C 0769 | McFarland, Stephen J. | Judge Robert W. Gettleman | $409,688.61 |
| 05 C 0761 | Olenek, Keith M. | Judge Robert W. Gettleman | $409,688.61 |
| 05 C 0783 | Orr, Daniel | Judge Robert W. Gettleman | $409,688.61 |
| 05 C 0776 | Paul, Lyssa K. | Judge Robert W. Gettleman | $819,377.23 |
| 05 C 0736 | Poisella, Michael J. | Judge Robert W. Gettleman | $1,229,065.84 |
| 05 C 0727 | Prendergast, Thomas J. | Judge Robert W. Gettleman | $1,638,754.45 |
| 05 C 0767 | Prokos, Dean N. | Judge Robert W. Gettleman | $1,638,754.45 |
| 05 C 0729 | Sanfilippo, Paul | Judge Robert W. Gettleman | $512,110.77 |
| 05 C 0781 | Schwiering, Jeffrey R. | Judge Robert W. Gettleman | $1,024,221.53 |
| 05 C 0746 | Scozzafava, Joseph J. | Judge Robert W. Gettleman | $819,377.23 |
| 05 C 0745 | Tilley, Keith | Judge Robert W. Gettleman | $819,377.23 |
| 05 C 0764 | Weiss, Gregory A. | Judge Robert W. Gettleman | $819,377.23 |

\*    All cases have been reassigned to Judge Gettleman pursuant to Local Rule 40.4.

| STATE COURT ACTIONS – Circuit Court of Cook County | | | |
|---|---|---|---|
| Case No. | Defendant | Assigned Judge | Amount Demanded |
| 05 L 1400 | Davis, Steven R. | Judge Stuart A. Nudelman | $409,688.61 |
| 05 L 1395 | Fricas, Victor J. | Judge Stuart A. Nudelman | $512,110.77 |
| 05 L 1390 | Gazdziak, Thomas A. | Judge Stuart A. Nudelman | $409,688.61 |
| 05 L 1386 | Geisler, Rosemary P. | Judge Stuart A. Nudelman | $4,916,263.35 |
| 05 L 1384 | Gifford, Gregory K. | Judge Stuart A. Nudelman | $1,024,221.53 |
| 05 L 1380 | Harvey, Scott | Judge Stuart A. Nudelman | $1,126,643.69 |
| 05 L 1408 | Hewes, Philip A. | Judge Stuart A. Nudelman | $2,560,553.83 |
| 05 L 1406 | Hyland, James J. | Judge Stuart A. Nudelman | $1,638,754.55 |
| 05 L 1405 | Keenan, David | Judge Stuart A. Nudelman | $1,638,754.45 |
| 05 L 1404 | Kenning, John C. | Judge Stuart A. Nudelman | $3,379,931.06 |
| 05 L 1401 | Levin, Heidi J. | Judge Stuart A. Nudelman | $819,377.23 |
| 05 L 1394 | Mitzen, Lawrence A. | Judge Stuart A. Nudelman | $819,377.23 |
| 05 L 1397 | Neff, Charles M. | Judge Stuart A. Nudelman | $512,110.77 |
| 05 L 1398 | Pacewicz, Edward A. | Judge Stuart A. Nudelman | $2,253,287.37 |
| 05 L 1387 | Ratliff, John H. | Judge Stuart A. Nudelman | $1,638,754.45 |
| 05 L 1389 | Ross, Michael J. | Judge Stuart A. Nudelman | $2,560,553.83 |
| 05 L 1391 | Sibik, Robert A. | Judge Stuart A. Nudelman | $512,110.77 |
| 05 L 1370 | Slevin, Jack F. | Judge Stuart A. Nudelman | $4,916,263.35 |
| 05 L 1409 | Stachulski, Mark E. | Judge Stuart A. Nudelman | $512,110.77 |
| 05 L 1411 | Stevens, Charles H. | Judge Stuart A. Nudelman | $512,110.77 |
| 05 L 1372 | Vallone, Thomas D. | Judge Stuart A. Nudelman | $819,377.23 |
| 05 L 1378 | Vosicky, John J. | Judge Stuart A. Nudelman | $1,638,754.45 |
| 05 L 1379 | Wheatley, Bradford W. | Judge Stuart A. Nudelman | $819,377.23 |
| 05 L 1381 | Wolinski, Jeffery T. | Judge Stuart A. Nudelman | $512,110.77 |
| 05 L 1383 | Woolwich, Ira S. | Judge Stuart A. Nudelman | $1,024,221.53 |

# EXHIBIT B

| Type | Invoice | Date | Fees | Cost | Other | Total |
|---|---|---|---|---|---|---|
| BILL | 214980 | 11/18/2002 | 13,133.50 | 0.00 | 0.00 | 13,133.50 |
| ARET | 214980 | 11/18/2002 | -13,133.50 | 0.00 | 0.00 | -13,133.50 |
| Total | 214980 | 11/18/2002 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 216387 | 12/13/2002 | 3,245.00 | 48.90 | 0.00 | 3,293.90 |
| ARET | 216387 | 12/13/2002 | -3,245.00 | -48.90 | 0.00 | -3,293.90 |
| Total | 216387 | 12/13/2002 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 218665 | 01/20/2003 | 61.00 | 30.93 | 0.00 | 91.93 |
| ARET | 218665 | 01/20/2003 | -61.00 | -30.93 | 0.00 | -91.93 |
| Total | 218665 | 01/20/2003 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 221494 | 02/25/2003 | 9,411.50 | 18.15 | 0.00 | 9,429.65 |
| ARET | 221494 | 02/25/2003 | -9,411.50 | -18.15 | 0.00 | -9,429.65 |
| Total | 221494 | 02/25/2003 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 223936 | 03/20/2003 | 5,379.00 | 26.75 | 0.00 | 5,405.75 |
| ARET | 223936 | 03/20/2003 | -5,379.00 | -26.75 | 0.00 | -5,405.75 |
| Total | 223936 | 03/20/2003 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 226142 | 04/21/2003 | 3,913.50 | 10.40 | 0.00 | 3,923.90 |
| ARET | 226142 | 04/21/2003 | -3,913.50 | -10.40 | 0.00 | -3,923.90 |
| Total | 226142 | 04/21/2003 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 228757 | 05/16/2003 | 5,398.00 | 5.70 | 0.00 | 5,403.70 |
| ARET | 228757 | 05/16/2003 | -5,398.00 | -5.70 | 0.00 | -5,403.70 |
| Total | 228757 | 05/16/2003 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 231485 | 06/17/2003 | 320.00 | 3.00 | 0.00 | 323.00 |
| ARET | 231485 | 06/17/2003 | -320.00 | -3.00 | 0.00 | -323.00 |
| Total | 231485 | 06/17/2003 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 233572 | 07/15/2003 | 288.00 | 0.00 | 0.00 | 288.00 |
| ARET | 233572 | 07/15/2003 | -288.00 | 0.00 | 0.00 | -288.00 |
| Total | 233572 | 07/15/2003 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 237444 | 08/28/2003 | 2,903.50 | 0.00 | 0.00 | 2,903.50 |
| ARET | 237444 | 08/28/2003 | -2,903.50 | 0.00 | 0.00 | -2,903.50 |
| Total | 237444 | 08/28/2003 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 239082 | 09/18/2003 | 2,166.00 | 5.45 | 0.00 | 2,171.45 |
| ARET | 239082 | 09/18/2003 | -2,166.00 | -5.45 | 0.00 | -2,171.45 |
| Total | 239082 | 09/18/2003 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 241708 | 10/20/2003 | 32.00 | 0.00 | 0.00 | 32.00 |
| ARET | 241708 | 10/20/2003 | -32.00 | 0.00 | 0.00 | -32.00 |
| Total | 241708 | 10/20/2003 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 243679 | 11/12/2003 | 192.00 | 0.00 | 0.00 | 192.00 |
| ARET | 243679 | 11/12/2003 | -192.00 | 0.00 | 0.00 | -192.00 |
| Total | 243679 | 11/12/2003 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 246846 | 12/16/2003 | 64.00 | 0.00 | 0.00 | 64.00 |
| ARET | 246846 | 12/16/2003 | -64.00 | 0.00 | 0.00 | -64.00 |
| Total | 246846 | 12/16/2003 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 249024 | 01/19/2004 | 310.50 | 0.00 | 0.00 | 310.50 |
| ARET | 249024 | 01/19/2004 | -310.50 | 0.00 | 0.00 | -310.50 |

Open Invoices [c3603-00001 - ENFORCEMENT OF SIP SUBROGATION CLAIMS] Page 2
Client:C3603 - COSTELLO, JOHN W. 1/31/2006 2:33:45 PM

Case 01-24795    Doc 4652-1    Filed 01/31/06    Entered 01/31/06 15:21:48    Desc
Exhibit A-B    Page 6 of 7

| Type | Invoice | Date | Fees | Cost | Other | Total |
|---|---|---|---|---|---|---|
| Total | 249024 | 01/19/2004 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 251528 | 02/18/2004 | 301.50 | 0.00 | 0.00 | 301.50 |
| ARET | 251528 | 02/18/2004 | -301.50 | 0.00 | 0.00 | -301.50 |
| Total | 251528 | 02/18/2004 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 253977 | 03/15/2004 | 167.50 | 0.00 | 0.00 | 167.50 |
| ARET | 253977 | 03/15/2004 | -167.50 | 0.00 | 0.00 | -167.50 |
| Total | 253977 | 03/15/2004 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 256377 | 04/16/2004 | 435.50 | 0.00 | 0.00 | 435.50 |
| ARET | 256377 | 04/16/2004 | -435.50 | 0.00 | 0.00 | -435.50 |
| Total | 256377 | 04/16/2004 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 259039 | 05/14/2004 | 1,239.50 | 0.00 | 0.00 | 1,239.50 |
| ARET | 259039 | 05/14/2004 | -1,239.50 | 0.00 | 0.00 | -1,239.50 |
| Total | 259039 | 05/14/2004 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 261784 | 06/16/2004 | 167.50 | 5.00 | 0.00 | 172.50 |
| ARET | 261784 | 06/16/2004 | -167.50 | -5.00 | 0.00 | -172.50 |
| Total | 261784 | 06/16/2004 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 264340 | 07/20/2004 | 33.50 | 0.00 | 0.00 | 33.50 |
| ARET | 264340 | 07/20/2004 | -33.50 | 0.00 | 0.00 | -33.50 |
| Total | 264340 | 07/20/2004 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 267664 | 08/27/2004 | 33.50 | 0.00 | 0.00 | 33.50 |
| ARET | 267664 | 08/27/2004 | -33.50 | 0.00 | 0.00 | -33.50 |
| Total | 267664 | 08/27/2004 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 270152 | 09/29/2004 | 201.00 | 0.00 | 0.00 | 201.00 |
| ARET | 270152 | 09/29/2004 | -201.00 | 0.00 | 0.00 | -201.00 |
| Total | 270152 | 09/29/2004 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 272397 | 10/25/2004 | 268.00 | 0.00 | 0.00 | 268.00 |
| ARET | 272397 | 10/25/2004 | -268.00 | 0.00 | 0.00 | -268.00 |
| Total | 272397 | 10/25/2004 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 274517 | 11/12/2004 | 14,377.50 | 1,600.87 | 0.00 | 15,978.37 |
| ARET | 274517 | 11/12/2004 | -14,377.50 | -1,600.87 | 0.00 | -15,978.37 |
| Total | 274517 | 11/12/2004 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 277428 | 12/15/2004 | 21,147.50 | 2,248.49 | 0.00 | 23,395.99 |
| ARET | 277428 | 12/15/2004 | -21,147.50 | -2,248.49 | 0.00 | -23,395.99 |
| Total | 277428 | 12/15/2004 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 278761 | 12/28/2004 | 26,325.00 | 404.09 | 0.00 | 26,729.09 |
| ARET | 278761 | 12/28/2004 | -26,325.00 | -404.09 | 0.00 | -26,729.09 |
| Total | 278761 | 12/28/2004 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 280068 | 01/01/2005 | 3,858.00 | 1,125.87 | 0.00 | 4,983.87 |
| ARET | 280068 | 01/01/2005 | -3,858.00 | -1,125.87 | 0.00 | -4,983.87 |
| Total | 280068 | 01/01/2005 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 282370 | 02/15/2005 | 36,096.00 | 2,042.83 | 0.00 | 38,138.83 |
| ARET | 282370 | 02/15/2005 | -27,050.57 | -2,042.83 | 0.00 | -29,093.40 |
| PAY | 1001 | 05/24/2005 | -9,045.43 | 0.00 | 0.00 | -9,045.43 |
| Total | 282370 | 02/15/2005 | 0.00 | 0.00 | 0.00 | 0.00 |

| Type | Invoice | Date | Fees | Cost | Other | Total |
|---|---|---|---|---|---|---|
| BILL | 284497 | 03/15/2005 | 53,403.00 | 17,101.93 | 0.00 | 70,504.93 |
| PAY | 1001 | 05/24/2005 | -53,403.00 | -17,101.93 | 0.00 | -70,504.93 |
| Total | 284497 | 03/15/2005 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 287279 | 04/15/2005 | 28,000.00 | 24,240.89 | 0.00 | 52,240.89 |
| PAY | 1001 | 05/24/2005 | -28,000.00 | -24,240.89 | 0.00 | -52,240.89 |
| Total | 287279 | 04/15/2005 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 289823 | 05/13/2005 | 28,688.50 | 321.28 | 0.00 | 29,009.78 |
| PAY | 1001 | 05/24/2005 | -28,688.50 | -321.28 | 0.00 | -29,009.78 |
| Total | 289823 | 05/13/2005 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 292432 | 06/14/2005 | 38,878.00 | 531.44 | 0.00 | 39,409.44 |
| PAY | 10003 | 09/07/2005 | -38,878.00 | -531.44 | 0.00 | -39,409.44 |
| Total | 292432 | 06/14/2005 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 295550 | 07/19/2005 | 63,145.50 | 1,987.04 | 0.00 | 65,132.54 |
| PAY | 10003 | 09/07/2005 | -63,145.50 | -1,987.04 | 0.00 | -65,132.54 |
| Total | 295550 | 07/19/2005 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 298660 | 08/15/2005 | 32,645.50 | 2,008.41 | 0.00 | 34,653.91 |
| PAY | 10003 | 09/07/2005 | -32,645.50 | -2,008.41 | 0.00 | -34,653.91 |
| Total | 298660 | 08/15/2005 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 300658 | 09/15/2005 | 36,259.50 | 2,838.67 | 0.00 | 39,098.17 |
| PAY | 10006 | 11/08/2005 | -36,259.50 | -2,838.67 | 0.00 | -39,098.17 |
| Total | 300658 | 09/15/2005 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 303139 | 10/17/2005 | 45,214.50 | 893.41 | 0.00 | 46,107.91 |
| PAY | 10006 | 11/08/2005 | -45,214.50 | -893.41 | 0.00 | -46,107.91 |
| Total | 303139 | 10/17/2005 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 305569 | 11/10/2005 | 43,173.00 | 5,551.85 | 0.00 | 48,724.85 |
| PAY | 10007 | 11/28/2005 | -43,173.00 | -5,551.85 | 0.00 | -48,724.85 |
| Total | 305569 | 11/10/2005 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 309619 | 12/15/2005 | 50,517.00 | 3,487.00 | 0.00 | 54,004.00 |
| PAY | 1006 | 12/29/2005 | -50,517.00 | -3,487.00 | 0.00 | -54,004.00 |
| Total | 309619 | 12/15/2005 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 309809 | 12/29/2005 | 46,971.50 | 1,116.26 | 0.00 | 48,087.76 |
| PAY | 10009 | 12/29/2005 | -46,971.50 | -1,116.26 | 0.00 | -48,087.76 |
| Total | 309809 | 12/29/2005 | 0.00 | 0.00 | 0.00 | 0.00 |
| GRAND TOTAL | | | 2,297.00 | 2,844.60 | 0.00 | 5,141.60 |