## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 01-24795 |
| | ) | (Jointly Administered) |
| COMDISCO, INC. | ) | Chapter 11 |
| et al., | ) | Hon. Bruce W. Black |
| | ) | |
| Reorganized Debtors. | ) | |

### FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE OF COMDISCO INVESTMENT GROUP

This matter having come before the Court on the motion (the "Motion") of Comdisco Holding Company, Inc. (the "Company")[1] and its affiliated reorganized debtors (together with the Company, the "Debtors" or "Reorganized Debtors," as applicable), pursuant to 11 U.S.C. § 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedure for entry of a final decree and order (the "Final Decree and Order") closing the chapter 11 case of Comdisco Investment Group [Case No. 01-24817] (the "Closing Debtor"); it appearing to the Court that (i) it has jurisdiction over the matters raised in the Motion pursuant to Article XV of the First Amended Joint Plan of Comdisco, Inc. and its Affiliated Debtors and Debtors in Possession, as modified and 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, and good and sufficient cause appearing therefor,

---

[1] All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. This Final Decree and Order shall become effective and the reorganization case of the Closing Debtor shall be closed as of June 29, 2009.

3. Notwithstanding anything to the contrary in this Final Decree and Order, the Debtors shall pay the third quarter 2009 fees of $325 (required to be paid to the United States Trustee pursuant to 28 U.S.C. §1930(a)(6)), due and owing on account of the Closing Debtor's zero disbursements in said quarter, within ten days of entry of this Final Decree and Order, and no additional fees shall accrue in the Closing Debtor's case.

Dated: September 9, 2009
Chicago, Illinois

_____
UNITED STATES BANKRUPTCY JUDGE