# EXHIBIT A

| FEDERAL COURT ACTIONS – District Court for the N.D. of Illinois | | | |
|---|---|---|---|
| Case No. | Defendant | Assigned Judge* | Amount Demanded |
| 05 C 0732 | Blair, John A. | Judge Robert W. Gettleman | $2,560,553.83 |
| 05 C 0740 | Brunner, Roman | Judge Robert W. Gettleman | $819,377.23 |
| 05 C 0728 | Collins, Bryant L. | Judge Robert W. Gettleman | $819,377.23 |
| 05 C 0739 | Coons, David S. | Judge Robert W. Gettleman | $512,110.77 |
| 05 C 0780 | Dubois, Orry D. | Judge Robert W. Gettleman | $409,688.81 |
| 05 C 0737 | Duerr, Claus | Judge Robert W. Gettleman | $1,638,754.45 |
| 05 C 0789 | Duncan, James D. | Judge Robert W. Gettleman | $2,560,553.83 |
| 05 C 0771 | Finkel, Harold L. | Judge Robert W. Gettleman | $1,229,065.84 |
| 05 C 0735 | Graham, Allen J. | Judge Robert W. Gettleman | $1,638,754.45 |
| 05 C 0763 | Grundon, Steven R. | Judge Robert W. Gettleman | $409,688.61 |
| 05 C 0726 | Haller Julius (Jay) G. | Judge Robert W. Gettleman | $819,377.23 |
| 05 C 0774 | Harder, Otto | Judge Robert W. Gettleman | $4,916,263.35 |
| 05 C 0773 | Hausler, Martin | Judge Robert W. Gettleman | $512,110.77 |
| 05 C 0731 | Herman, Michael F. | Judge Robert W. Gettleman | $1,433,910.15 |
| 05 C 0782 | Hold, Joseph D. | Judge Robert W. Gettleman | $512,110.77 |
| 05 C 0734 | Huber, Peter A. | Judge Robert W. Gettleman | $1,229,065.84 |
| 05 C 0770 | Jenks, James D. | Judge Robert W. Gettleman | $1,638,754.45 |
| 05 C 0772 | Knaus, Jeffrey D. | Judge Robert W. Gettleman | $716,955.07 |
| 05 C 0775 | Louisy, Frederic | Judge Robert W. Gettleman | $1,638,754.45 |
| 05 C 0733 | McFarland Michael G. | Judge Robert W. Gettleman | $614,532.92 |
| 05 C 0769 | McFarland, Stephen J. | Judge Robert W. Gettleman | $409,688.61 |
| 05 C 0761 | Olenek, Keith M. | Judge Robert W. Gettleman | $409,688.61 |
| 05 C 0776 | Paul, Lyssa K. | Judge Robert W. Gettleman | $819,377.23 |
| 05 C 0736 | Poisella, Michael J. | Judge Robert W. Gettleman | $1,229,065.84 |
| 05 C 0727 | Prendergast, Thomas J. | Judge Robert W. Gettleman | $1,638,754.45 |
| 05 C 0767 | Prokos, Dean N. | Judge Robert W. Gettleman | $1,638,754.45 |
| 05 C 0729 | Sanfilippo, Paul | Judge Robert W. Gettleman | $512,110.77 |
| 05 C 0781 | Schwiering, Jeffrey R. | Judge Robert W. Gettleman | $1,024,221.53 |
| 05 C 0746 | Scozzafava, Joseph J. | Judge Robert W. Gettleman | $819,377.23 |
| 05 C 0745 | Tilley, Keith | Judge Robert W. Gettleman | $819,377.23 |
| 05 C 0764 | Weiss, Gregory A. | Judge Robert W. Gettleman | $819,377.23 |

\*    All cases have been reassigned to Judge Gettleman pursuant to Local Rule 40.4.

| STATE COURT ACTIONS – Circuit Court of Cook County | | | |
|---|---|---|---|
| Case No. | Defendant | Assigned Judge | Amount Demanded |
| 05 L 1400 | Davis, Steven R. | Judge Charles Winkler | $409,688.61 |
| 05 L 1395 | Fricas, Victor J. | Judge Charles Winkler | $512,110.77 |
| 05 L 1390 | Gazdziak, Thomas A. | Judge Charles Winkler | $409,688.61 |
| 05 L 1386 | Geisler, Rosemary P. | Judge Charles Winkler | $4,916,263.35 |
| 05 L 1384 | Gifford, Gregory K. | Judge Charles Winkler | $1,024,221.53 |
| 05 L 1380 | Harvey, Scott | Judge Charles Winkler | $1,126,643.69 |
| 05 L 1408 | Hewes, Philip A. | Judge Charles Winkler | $2,560,553.83 |
| 05 L 1406 | Hyland, James J. | Judge Charles Winkler | $1,638,754.55 |
| 05 L 1405 | Keenan, David | Judge Charles Winkler | $1,638,754.45 |
| 05 L 1404 | Kenning, John C. | Judge Charles Winkler | $3,379,931.06 |
| 05 L 1401 | Levin, Heidi J. | Judge Charles Winkler | $819,377.23 |
| 05 L 1394 | Mitzen, Lawrence A. | Judge Charles Winkler | $819,377.23 |
| 05 L 1397 | Neff, Charles M. | Judge Charles Winkler | $512,110.77 |
| 05 L 1398 | Pacewicz, Edward A. | Judge Charles Winkler | $2,253,287.37 |
| 05 L 1387 | Ratliff, John H. | Judge Charles Winkler | $1,638,754.45 |
| 05 L 1389 | Ross, Michael J. | Judge Charles Winkler | $2,560,553.83 |
| 05 L 1391 | Sibik, Robert A. | Judge Charles Winkler | $512,110.77 |
| 05 L 1370 | Slevin, Jack F. | Judge Charles Winkler | $4,916,263.35 |
| 05 L 1409 | Stachulski, Mark E. | Judge Charles Winkler | $512,110.77 |
| 05 L 1411 | Stevens, Charles H. | Judge Charles Winkler | $512,110.77 |
| 05 L 1372 | Vallone, Thomas D. | Judge Charles Winkler | $819,377.23 |
| 05 L 1378 | Vosicky, John J. | Judge Charles Winkler | $1,638,754.45 |
| 05 L 1379 | Wheatley, Bradford W. | Judge Charles Winkler | $819,377.23 |
| 05 L 1381 | Wolinski, Jeffery T. | Judge Charles Winkler | $512,110.77 |
| 05 L 1383 | Woolwich, Ira S. | Judge Charles Winkler | $1,024,221.53 |