**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| COMDISCO, INC., et al. | ) | |
| | ) | Case No.  01-24795 |
| | ) | |
| Debtors. | ) | Hon. Bruce W. Black |

**NOTICE OF FILING**

To:     All Counsel of Record

    **PLEASE TAKE NOTICE** that on September 11, 2009**,** we caused to be electronically filed with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Seventh Floor, Chicago, Illinois 60604, the **Nineteenth Status Report of Comdisco Litigation Trustee,** a copy of which will be served by the operation of the Court's electronic filing system.

          **JOHN W. COSTELLO, not individually, but solely**
          **as Litigation Trustee under the Comdisco**
          **Litigation Trust**

          By:_____/s/ Jeffrey Chang_____
                  One of His Attorneys

Jonathan W. Young (ARDC No. 06204590)
Meghan M. Hubbard (ARDC No. 6275155)
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois  60606-1229
Telephone:  (312) 201-2000
Facsimile:  (312) 201-2555
young@wildman.com
mathewsgraf@wildman.com
hubbard@wildman.com

# CERTIFICATE OF SERVICE

I, **Jeffrey Chang,** an attorney, hereby certify that on September 11, 2009, I caused true and correct copies of the foregoing **Nineteenth Status Report of Comdisco Litigation Trustee** to be served via the Court's electronic filing system to all counsel of record.

　　　　　　　　　　　　　　　　　　 /s/ Jeffrey Chang
　　　　　　　　　　　　　　　　　Jeffrey Chang